# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PERKIOMEN VALLEY SCHOOL DISTRICT,**  Plaintiff,  v.  S.D., by and through her parents, J.D. and J.D., and J.D. and J.D., individually,  Defendants. | CIVIL ACTION NO. 18-2093 |

## ORDER

**AND NOW**, this 24th day of September 2019, upon consideration of Plaintiff Perkiomen Valley School District's Motion for Disposition on the Administrative Record [Doc. No. 15] and the responses thereto, and for the reasons discussed in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED**, therefore **REVERSING** the Hearing Officer's decision, as set forth in the accompanying Memorandum Opinion.

The Clerk is directed to **CLOSE** this case.

It is so **ORDERED.**

                                              **BY THE COURT:**

                                              **/s/ Cynthia M. Rufe**

                                              _____

                                              **CYNTHIA M. RUFE, J.**